**Dismissed and Memorandum Opinion filed September 9, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00675-CR
NO. 14-14-00676-CR

**JAMES  DAUBREY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause Nos. 1399882 and 1400256**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to two counts of aggravated robbery with a deadly weapon.  In each case, in accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 29, 2014, to confinement for twenty years in the Institutional Division of the Texas Department of Criminal Justice.  The sentences were ordered to run concurrently.  Appellant filed a pro se notice of appeal in each case.  We dismiss the appeals.

In each case, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in each record on appeal. *See* Tex. R. App. P. 25.2(d). The record in each case supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b)